# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PATSY S. GARNER,<br>    Plaintiff, | Case Number: 1:20-cv-684<br>Litkovitz, M.J. |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | **ORDER** |

This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment in favor of plaintiff pursuant to Fed. R. Civ. P. 58.  (Doc. 15).

Pursuant to the parties' agreement, this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision.  The Commissioner will develop the administrative record as necessary to determine whether plaintiff is disabled within the meaning of the Social Security Act and hold a new hearing.  The ALJ will reevaluate the prior administrative medical findings consistent with the regulations, and then issue a new decision.

**IT IS THEREFORE ORDERED THAT** the parties' joint motion to remand (Doc. 15) is **GRANTED**; this case is **REMANDED** to the Commissioner of Social Security for further administrative proceedings; and the Clerk of Court is **DIRECTED** to enter a separate judgment as required by Fed. R. Civ. P. 58.

Date: 6/16/2021

Karen L. Litkovitz
United States Magistrate Judge

2