# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **PATSY S. GARNER,** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-684 |
| | ) |
| **ANDREW SAUL,** | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) Magistrate Judge Litkovitz |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $4,290.00 and costs in the amount of $400.00, for a total of $4,690.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with Astrue v. Ratliff, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

Date: 9/3/2021        Entered: *Karen L. Litkovitz*